UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. 04-30036-MAP |
| ) | |
| vs. ) | VIOLATIONS: |
| ) | |
| CARMEN ROMEO, ) | 18 U.S.C. § 1503 - Obstruction |
| ) | of Justice (Count One) |
| Defendant. ) | |

The United States Attorney charges that:      DOCKETED

### INFORMATION

**COUNT ONE:**   Title 18, United States Code, Section 1503 -
Obstruction of Justice

On or about the dates listed below, in the District of Massachusetts and elsewhere,

**CARMEN ROMEO,**

defendant herein, did corruptly influence, obstruct and impede, and endeavor to influence, obstruct and impede, a pending federal grand jury investigation by falsely stating that Romeo Painting Company employee Todd Illingsworth had been "out of work due to personal injury for a period of 4 months in the year 2000", and withholding payroll checks for Todd Illingsworth issued in the name of a fictitious employee.

All in violation of Title 18, United States Code, Section 1503.

1

105

Filed this 14th day of July, 2004.

                MICHAEL J. SULLLIVAN
                United States Attorney

                */s/ Kevin O'Regan*
                KEVIN O'REGAN
                Assistant United States Attorney
                Chief, Springfield Division

                WILLIAM M. WELCH II
                Assistant United States Attorney