AO 456 (Rev. 5/85) Notice

# United States District Court
### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CARMEN ROMEO

**NOTICE**

CASE NUMBER: 04-20036

| TYPE OF CASE: | | |
|---|---|---|
| | ☐ CIVIL | ☒ CRIMINAL |

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. DISTRICT COURT<br>1550 MAIN STREET<br>SPRINGFIELD, MA | COURTROOM 1 |
| | DATE AND TIME |
| | 9-7-4 3:00pm |

TYPE OF PROCEEDING

PLEA TO INFORMATION

NOTE TO DEFENDANT:   CONTACT PRETRIAL SERVICES OFFICE AT 785-30251 TO ARRANGE FOR AN INTERVIEW PRIOR TO COURT APPEARANCE

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

TONY ANASTAS
U.S. MAGISTRATE OR CLERK OF COURT

7-20-4
DATE

(BY) DEPUTY CLERK

To: MICHAEL O. JENNINGS, ESQ
    PRETRIAL SERVICES
    PROBATION DEPARTMENT
    U.S. ATTORNEY'S OFFICE

This form was electronically produced by Elite Federal Forms, Inc.