UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. 04-30036-MAP |
| ) | |
| vs. ) | VIOLATIONS: |
| ) | |
| CARMEN ROMEO, ) | 18 U.S.C. § 1503 - Obstruction |
| ) | of Justice (Count One) |
| Defendant. ) | |

The United States Attorney charges that:

### SUPERSEDING INFORMATION

COUNT ONE:   Title 18, United States Code, Section 1503 - Obstruction of Justice

Between on or about November 20, 2001 and March 28, 2002, in the District of Massachusetts and elsewhere,

**CARMEN ROMEO,**

defendant herein, did corruptly influence, obstruct and impede, and endeavor to influence, obstruct and impede, a pending federal grand jury investigation by falsely stating that Romeo Painting Company employee Todd Illingsworth had been "out of work due to personal injury for a period of 4 months in the year 2000", and withholding payroll checks for Todd Illingsworth issued in the name of a fictitious employee.

All in violation of Title 18, United States Code, Section 1503.

1

Filed this \_\_\_\_\_ day of September, 2004.

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                                      /s/ *[signature]*
                                      KEVIN O'REGAN
                                      Assistant United States Attorney
                                      Chief, Springfield Division

                                      WILLIAM M. WELCH II
                                      Assistant United States Attorney