AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

WAIVER OF INDICTMENT

CASE NUMBER: 04-30036

I, Carmen Romeo, the above named defendant, who is accused of

obstruction of justice

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 9-7-04 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer