**TODD ILLINGSWORTH**
**193 CHALMERS STREET**
**SPRINGFIELD, MA 011118**

DATE: 2/25/2000

Bill to: M.C.D.I.
140 Wilbraham Ave
Spfld MA

SERVICES RENDERED:

Snow removal, sanding and salting at _Lots A, B, C, Annies House_

Snow removal: hours and rate _6hrs_ Cost: _$700.00_

Salting and sanding: hours and yards _____ Cost: _____

Inches of snow: _4 inches_

Date services rendered: _2/20/2000_ Total: _$700.00_

The MVA Center                                            Patient Name: Todd Illingsworth
                                                          Account #: 23901

DATE: 2/4/00                ☐ Initial Evaluation Completed (see separate form)    ☐ Re-eval Completed (see separate form)
                Pt Cancelled

): Modalities: ☐ Moist heat/Cold Pack_____                                       ROM:
   ☐ Electrical Stim._____
   ☐ Ultrasound_____
   ☐ Dex./Ionto or phonophoresis_____
   Manual Techniques: ☐ Manual Cervical Traction    ☐ Joint Mob._____
   ☐ MWM's, ☐ SNAG'S/NAG'S_____
   ☐ S.T.M./MFR_____
   ☐ MET's/C.S.T_____
   ☐ Active Exercise_____
   ☐ Massage_____                    ☐ S/CS_____
   ☐ Taping techniques: ☐ Postural    ☐ Other_____
   ☐ PROM_____
   ☐ HEP (Review / Addition)_____
   ☐ Education:_____
   ☐ Patient attended Back School (see separate form for details)  ☐ Pt discussed in PT/MD Conference (described below)
   ☐ Other:_____

: ☐ Patient Progressing_____
  ☐ Other:_____

  ☐ Cont. with plan       ☐ Other:_____
  ☐ Re-eval next treatment
  ☐ Measure ROM next visit
Therapist Signature: _Matt Booker PT_

DATE: 2/7/00                ☐ Initial Evaluation Completed (see separate form)    ☐ Re-eval Completed (see separate form)
                No show

: Modalities: ☐ Moist heat/Cold Pack_____                                        ROM:
   ☐ Electrical Stim._____
   ☐ Ultrasound_____
   ☐ Dex./Ionto or phonophoresis_____
   Manual Techniques: ☐ Manual Cervical Traction    ☐ Joint Mob._____
   ☐ MWM's, ☐ SNAG'S/NAG'S_____
   ☐ S.T.M./MFR_____
   ☐ MET's/C.S.T_____
   ☐ Active Exercise_____
   ☐ Massage_____                    ☐ S/CS_____
   ☐ Taping techniques: ☐ Postural    ☐ Other_____
   ☐ PROM_____
   ☐ HEP (Review / Addition)_____
   ☐ Education:_____
   ☐ Patient attended Back School (see separate form for details)  ☐ Pt discussed in PT/MD Conference (described below)
   ☐ Other:_____

  ☐ Patient Progressing_____
  ☐ Other:_____

  ☐ Cont. with plan       ☐ Other:_____
  ☐ Re-eval next treatment
  ☐ Measure ROM next visit
Therapist Signature: _Matt Booker PT_

GOVERNMENT EXHIBIT F

The MVA Center

Patient Name: Todd Allingarsmith
Account #: 23901

**DATE:** 2/8/00   ☐ Initial Evaluation Completed (see separate form)   ☐ Re-eval Completed (see separate form)

Pt cont c c/o (R) UT and (R) LBP as per IEPT; c/o 9"ing pain in post (R) shld c overhead activities

**Modalities:** ☒ Moist heat/Cold Pack C/T/L areas x 20" supine
☒ Electrical Stim. Focus AFG E" to (R) UT and (R) TL x 20" supine
☐ Ultrasound
☐ Dex./Ionto or phonophoresis
**Manual Techniques:** ☐ Manual Cervical Traction   ☐ Joint Mob.
☐ MWM's, ☐ SNAG'S/NAG'S
☐ S.T.M./MFR
☐ MET's/C.S.T
☒ Active Exercise SKTC + LR's x 10 ea (B)
☐ Massage _____ ☐ S/CS
☐ Taping techniques: ☐ Postural ☐ Other
☒ PROM PCROM (B) PC/UT stretch (gently); (B) HS stretching supine x 5 (B) c assw. hold
☒ HEP (Review/Addition) Emphasized importance of HEP
☐ Education:
☐ Patient attended Back School (see separate form for details) ☐ Pt discussed in PT/MD Conference (described below)
☐ Other:

☒ Patient Progressing Tol Rx fairly well; c/o (R) scap pain c own stretching
☐ Other:

☒ Cont. with plan   ☐ Other:
☐ Re-eval next treatment
☐ Measure ROM next visit

Therapist Signature: Matt Bonham PT

---

**DATE:** 2/9/00   ☐ Initial Evaluation Completed   ☐ Re-eval Completed
Pt cancelled.

**Modalities:** ☐ Moist heat/Cold Pack
☐ Electrical Stim.
☐ Ultrasound
☐ Dex./Ionto or phonophoresis
**Manual Techniques:** ☐ Manual Cervical Traction   ☐ Joint Mob.
☐ MWM's, ☐ SNAG'S/NAG'S
☐ S.T.M./MFR
☐ MET's/C.S.T
☐ Active Exercise
☐ Massage ☐ S/CS
☐ Taping techniques: ☐ Postural ☐ Other
☐ PROM
☐ HEP (Review / Addition)
☐ Education:
☐ Patient attended Back School (see separate form for details) ☐ Pt discussed in PT/MD Conference (described below)
☐ Other:

☐ Patient Progressing
☐ Other:

☐ Cont. with plan   ☐ Other:
☐ Re-eval next treatment
☐ Measure ROM next visit

Therapist Signature: Matt Bonham PT

# The MVA Center

Patient Name: Todd Illingsworth
Account #: 23901

DATE: 2/11/00
☐ Initial Evaluation Completed (see separate form)    ☐ Re-eval Completed (see separate form)

S: No show #2

O: Modalities: ☐ Moist heat/Cold Pack
   ☐ Electrical Stim.
   ☐ Ultrasound
   ☐ Dex./Ionto or phonophoresis
   Manual Techniques: ☐ Manual Cervical Traction   ☐ Joint Mob.
   ☐ MWM's, ☐ SNAG'S/NAG'S
   ☐ S.T.M./MFR
   ☐ MET's/C.S.T
   ☐ Active Exercise
   ☐ Massage _____ ☐ S/CS
   ☐ Taping techniques: ☐ Postural  ☐ Other
   ☐ PROM
   ☐ HEP (Review / Addition)
   ☐ Education:
   ☐ Patient attended Back School (see separate form for details)  ☐ Pt discussed in PT/MD Conference (described below)
   ☐ Other:

ROM:

A: ☐ Patient Progressing
   ☐ Other:

P: ☐ Cont. with plan     ☐ Other:
   ☐ Re-eval next treatment
   ☐ Measure ROM next visit

Therapist Signature: Matt Bowker PT

---

DATE: 2/14/00
☐ Initial Evaluation Completed (see separate form)    ☐ Re-eval Completed (see separate form)

S: No show #3 — pt. called — LM (2/15) Re: NS 2/14 & NA 2/16 Sn

O: Modalities: ☐ Moist heat/Cold Pack
   ☐ Electrical Stim.
   ☐ Ultrasound
   ☐ Dex./Ionto or phonophoresis
   Manual Techniques: ☐ Manual Cervical Traction   ☐ Joint Mob.
   ☐ MWM's, ☐ SNAG'S/NAG'S
   ☐ S.T.M./MFR
   ☐ MET's/C.S.T
   ☐ Active Exercise
   ☐ Massage _____ ☐ S/CS
   ☐ Taping techniques: ☐ Postural  ☐ Other
   ☐ PROM
   ☐ HEP (Review / Addition)
   ☐ Education:
   ☐ Patient attended Back School (see separate form for details)  ☐ Pt discussed in PT/MD Conference (described below)
   ☐ Other:

ROM:

A: ☐ Patient Progressing
   ☐ Other:

P: ☐ Cont. with plan     ☐ Other:
   ☐ Re-eval next treatment
   ☐ Measure ROM next visit

Therapist Signature: Matt Bowker PT

# The MVA Center

Patient Name: Todd Ellingsworth
Account #: 23901

DATE: 2/16/00 (cont'd)  ☐ Initial Evaluation Completed (see separate form)   ☐ Re-eval Completed (see separate form)

S: 2/16/00: Pt reports cont'd neck and UBP; states he has missed appts 2° busy schedule but should be able to attend appts regularly now.

O: Modalities: ☒ Moist heat/Cold Pack  C/T/L × 20° supine
   ☒ Electrical Stim. Focus pg E to (R) UT and (R) PC × 20°
   ☐ Ultrasound
   ☐ Dex./Ionto or phonophoresis
   Manual Techniques: ☒ Manual Cervical Traction  ☐ Joint Mob.
   ☐ MWM's, ☒ SNAG'S/NAG'S @ C5/C6 for cerv ext; @ L4/L5 for T/L ext (seated)
   ☐ S.T.M./MFR
   ☐ MET's/C.S.T
   ☐ Active Exercise
   ☐ Massage                                  ☐ S/CS
   ☐ Taping techniques: ☐ Postural  ☐ Other
   ☒ PROM  PROM - (R) lat / + rot stretching
   ☐ HEP (Review / Addition)
   ☐ Education:
   ☐ Patient attended Back School (see separate form for details)  ☐ Pt discussed in PT/MD Conference (described below)
   ☐ Other:

C ROM: (L) / (R)
35° / 
36° / 55°
 / 55°
60° / 55°

L ROM:
4"
wnl / wnl
wnl / wnl
20°
(L/S & (R) T/L SB)

A: ☒ Patient Progressing   prog fairly well
   ☒ Other: no sig pt/sx noted c SNAGs; ROM mildly ↓'d overall except (R) lat cerv

P: ☒ Cont. with plan   ☐ Other:
   ☐ Re-eval next treatment
   ☐ Measure ROM next visit

Therapist Signature: Matt Bowker PT / Michael ___, P.T.

---

DATE: 2/18/00  ☐ Initial Evaluation Completed (see separate form)   ☐ Re-eval Completed (see separate form)

S: Pt cancelled 2° snow

O: Modalities: ☐ Moist heat/Cold Pack
   ☐ Electrical Stim.
   ☐ Ultrasound
   ☐ Dex./Ionto or phonophoresis
   Manual Techniques: ☐ Manual Cervical Traction  ☐ Joint Mob.
   ☐ MWM's, ☐ SNAG'S/NAG'S
   ☐ S.T.M./MFR
   ☐ MET's/C.S.T
   ☐ Active Exercise
   ☐ Massage                                  ☐ S/CS
   ☐ Taping techniques: ☐ Postural  ☐ Other
   ☐ PROM
   ☐ HEP (Review / Addition)
   ☐ Education:
   ☐ Patient attended Back School (see separate form for details)  ☐ Pt discussed in PT/MD Conference (described below)
   ☐ Other:

ROM:

A: ☐ Patient Progressing
   ☐ Other:

P: ☐ Cont. with plan   ☐ Other:
   ☐ Re-eval next treatment
   ☐ Measure ROM next visit

Therapist Signature: Matt Bowker PT

# The MVA Center

Patient Name: Todd Illingworth
Account #: 23901

**DATE:** 3/8/00 ☐ Initial Evaluation Completed (see separate form) ☐ Re-eval Completed (see separate form)
**S:** Pt cancelled

**O:** Modalities: ☐ Moist heat/Cold Pack
  ☐ Electrical Stim.
  ☐ Ultrasound
  ☐ Dex./Ionto or phonophoresis
  **Manual Techniques:** ☐ Manual Cervical Traction  ☐ Joint Mob.
  ☐ MWM's, ☐ SNAG'S/NAG'S
  ☐ S.T.M./MFR
  ☐ MET's/C.S.T
  ☐ Active Exercise
  ☐ Massage  ☐ S/CS
  ☐ Taping techniques: ☐ Postural  ☐ Other
  ☐ PROM
  ☐ HEP (Review / Addition)
  ☐ Education:
  ☐ Patient attended Back School (see separate form for details)  ☐ Pt discussed in PT/MD Conference (described below)
  ☐ Other:

**ROM:**

**A:** ☐ Patient Progressing
  ☐ Other:

**P:** ☐ Cont. with plan  ☐ Other:
  ☐ Re-eval next treatment
  ☐ Measure ROM next visit

Therapist Signature: Matt Bowen PT

---

**DATE:** 3/9/00 ☐ Initial Evaluation Completed (see separate form) ☐ Re-eval Completed (see separate form)
**S:** NS #4

**O:** Modalities: ☐ Moist heat/Cold Pack
  ☐ Electrical Stim.
  ☐ Ultrasound
  ☐ Dex./Ionto or phonophoresis
  **Manual Techniques:** ☐ Manual Cervical Traction  ☐ Joint Mob.
  ☐ MWM's, ☐ SNAG'S/NAG'S
  ☐ S.T.M./MFR
  ☐ MET's/C.S.T
  ☐ Active Exercise
  ☐ Massage  ☐ S/CS
  ☐ Taping techniques: ☐ Postural  ☐ Other
  ☐ PROM
  ☐ HEP (Review / Addition)
  ☐ Education:
  ☐ Patient attended Back School (see separate form for details)  ☐ Pt discussed in PT/MD Conference (described below)
  ☐ Other:

**ROM:**

**A:** ☐ Patient Progressing
  ☐ Other:

**P:** ☐ Cont. with plan  ☐ Other:
  ☐ Re-eval next treatment
  ☐ Measure ROM next visit

Therapist Signature: Mark Dennis PTA

The MVA Center

Patient Name: Todd Ellingsworth
Account #: 23907

DATE: 3/10/00 ☐ Initial Evaluation Completed (see separate form)   ☐ Re-eval Completed (see separate form)

: _____ Pt cancelled _____

O: Modalities: ☐ Moist heat/Cold Pack _____   ROM:
  ☐ Electrical Stim. _____
  ☐ Ultrasound _____
  ☐ Dex./Ionto or phonophoresis _____
  Manual Techniques: ☐ Manual Cervical Traction   ☐ Joint Mob. _____
  ☐ MWM's, ☐ SNAG'S/NAG'S _____
  ☐ S.T.M./MFR _____
  ☐ MET's/C.S.T _____
  ☐ Active Exercise _____
  ☐ Massage _____   ☐ S/CS
  ☐ Taping techniques: ☐ Postural   ☐ Other _____
  ☐ PROM _____
  ☐ HEP (Review / Addition) _____
  ☐ Education: _____
  ☐ Patient attended Back School (see separate form for details)   ☐ Pt discussed in PT/MD Conference (described below)
  ☐ Other: _____

A: ☐ Patient Progressing _____
   ☐ Other: _____

P: ☐ Cont. with plan   ☐ Other: _____
   ☐ Re-eval next treatment
   ☐ Measure ROM next visit

Therapist Signature: Matt Bowler PT

---

DATE: 3/13/00 ☐ Initial Evaluation Completed (see separate form)   ☐ Re-eval Completed (see separate form)

: _____ Pt cancelled _____

O: Modalities: ☐ Moist heat/Cold Pack _____   ROM:
  ☐ Electrical Stim. _____
  ☐ Ultrasound _____
  ☐ Dex./Ionto or phonophoresis _____
  Manual Techniques: ☐ Manual Cervical Traction   ☐ Joint Mob. _____
  ☐ MWM's, ☐ SNAG'S/NAG'S _____
  ☐ S.T.M./MFR _____
  ☐ MET's/C.S.T _____
  ☐ Active Exercise _____
  ☐ Massage _____   ☐ S/CS
  ☐ Taping techniques: ☐ Postural   ☐ Other _____
  ☐ PROM _____
  ☐ HEP (Review / Addition) _____
  ☐ Education: _____
  ☐ Patient attended Back School (see separate form for details)   ☐ Pt discussed in PT/MD Conference (described below)
  ☐ Other: _____

A: ☐ Patient Progressing _____
   ☐ Other: _____

P: ☐ Cont. with plan   ☐ Other: _____
   ☐ Re-eval next treatment
   ☐ Measure ROM next visit

Therapist Signature: Matt Bowler PT

**The MVA Center**

Patient Name: Todd T. Illyesmith
Account #: 23901

DATE: 3/20/00   ☐ Initial Evaluation Completed (see separate form)   ☐ Re-eval Completed (see separate form)
S: _____

O: Modalities: ☐ Moist heat/Cold Pack_____
   ☐ Electrical Stim._____
   ☐ Ultrasound_____
   ☐ Dex./Ionto or phonophoresis_____
   Manual Techniques: ☐ Manual Cervical Traction   ☐ Joint Mob._____
   ☐ MWM's, ☐ SNAG'S/NAG'S_____
   ☐ S.T.M./MFR_____
   ☐ MET's/C.S.T_____
   ☐ Active Exercise_____
   ☐ Massage_____   ☐ S/CS_____
   ☐ Taping techniques: ☐ Postural   ☐ Other_____
   ☐ PROM_____
   ☐ HEP (Review / Addition)_____
   ☐ Education:_____
   ☐ Patient attended Back School (see separate form for details)   ☐ Pt discussed in PT/MD Conference (described below)
   ☒ Other: informed mm that pt has been placed on a 8/9 attendance contract.

ROM:

A: ☐ Patient Progressing_____
   ☐ Other:_____

P: ☐ Cont. with plan   ☐ Other:_____
   ☐ Re-eval next treatment
   ☐ Measure ROM next visit

Therapist Signature: _Michael R_____, P.T.

---

DATE: 3/21/00   ☐ Initial Evaluation Completed (see separate form)   ☐ Re-eval Completed (see separate form)
S: Pt conts c C6's as per re-eval, "but it's getting better". Conts to have stiffness in mid and low back as per re-eval.

O: Modalities: ☐ Moist heat/Cold Pack_____
   ☐ Electrical Stim._____
   ☐ Ultrasound_____
   ☒ Dex./Ionto or phonophoresis × 40 min/mix to the (R) PC @ C5/C6 level; L5/S, millip (2 lg. electrodes)
   Manual Techniques: ☐ Manual Cervical Traction   ☐ Joint Mob._____
   ☐ MWM's, ☐ SNAG'S/NAG'S_____
   ☐ S.T.M./MFR_____
   ☐ MET's/C.S.T_____
   ☐ Active Exercise_____
   ☐ Massage_____   ☐ S/CS_____
   ☐ Taping techniques: ☐ Postural   ☐ Other_____
   ☐ PROM_____
   ☐ HEP (Review / Addition)_____
   ☐ Education:_____
   ☐ Patient attended Back School (see separate form for details)   ☐ Pt discussed in PT/MD Conference (described below)
   ☐ Other:_____

ROM:

A: ☒ Patient Progressing _Pt deep conts well_
   ☐ Other:_____

P: ☒ Cont. with plan   ☒ Other: ↑ conts dosage to 60 min next Rx
   ☐ Re-eval next treatment
   ☐ Measure ROM next visit

Therapist Signature: _Keith Bonham P.T._

he MVA Center

Patient Name: Todd Illingsworth
Account #: 23901

DATE: 4/7/00
- ☐ Initial Evaluation Completed (see separate form)
- ☐ Re-eval Completed (see separate form)

S: _ASI'd for RE_

O: Modalities: ☐ Moist heat/Cold Pack
- ☐ Electrical Stim.
- ☐ Ultrasound
- ☐ Dex./Ionto or phonophoresis

Manual Techniques: ☐ Manual Cervical Traction   ☐ Joint Mob.
- ☐ MWM's, ☐ SNAG'S/NAG'S
- ☐ S.T.M./MFR
- ☐ MET's/C.S.T
- ☐ Active Exercise
- ☐ Massage   ☐ S/CS
- ☐ Taping techniques: ☐ Postural  ☐ Other
- ☐ PROM
- ☐ HEP (Review / Addition)
- ☐ Education:
- ☐ Patient attended Back School (see separate form for details)  ☐ Pt discussed in PT/MD Conference (described below)
- ☐ Other:

ROM:

A: ☐ Patient Progressing
   ☐ Other:

P: ☐ Cont. with plan   ☐ Other:
   ☐ Re-eval next treatment
   ☐ Measure ROM next visit

Therapist Signature: _____, P.T.

---

DATE: 5/23/00
- ☐ Initial Evaluation Completed (see separate form)
- ☐ Re-eval Completed (see separate form)

S: _Px cm-oc_

O: Modalities: ☐ Moist heat/Cold Pack
- ☐ Electrical Stim.
- ☐ Ultrasound
- ☐ Dex./Ionto or phonophoresis

Manual Techniques: ☐ Manual Cervical Traction   ☐ Joint Mob.
- ☐ MWM's, ☐ SNAG'S/NAG'S
- ☐ S.T.M./MFR
- ☐ MET's/C.S.T
- ☐ Active Exercise
- ☐ Massage   ☐ S/CS
- ☐ Taping techniques: ☐ Postural  ☐ Other
- ☐ PROM
- ☐ HEP (Review / Addition)
- ☐ Education:
- ☐ Patient attended Back School (see separate form for details)  ☐ Pt discussed in PT/MD Conference (described below)
- ☒ Other: Pt seen as part 1 of FCE for South Eastern Report to follow

ROM:

A: ☐ Patient Progressing
   ☐ Other:

P: ☐ Cont. with plan   ☐ Other:
   ☐ Re-eval next treatment
   ☐ Measure ROM next visit

Therapist Signature: _____, PT



Mitchell I. Clionsky, Ph.D.
Executive Director

Anthony E. Kusiak, M.D.
Medical Director

## PATIENT ATTENDANCE CONTRACT

Date: 3/16/00

This is a written contract that __Todd Illingsworth__ will attend __8__ out of her /(his) next __9__ physical therapy appointments. This does not include emergency situations, at which time she /(he) will call and cancel. The patient has been informed that to benefit from formal physical therapy, she /(he) needs to participate on a regular basis. __Todd__ also understands that if she /(he) does not comply with this contract, she / (he) risks being discharge from formal physical therapy.

_____
Patient signature

_____ PT
Physical Therapist and/or
Physical Therapy Assistant
Signature

*Please read the above paragraph before signing.*

* The above contract was also reviewed orally with the patient prior to signing*

GOVERNMENT EXHIBIT G

300 Stafford Street • Suite 360 • Springfield, MA 01104 • (413) 734-84
267 High Street • Holyoke, MA 01040 • (413) 533-1155 • FAX (413) 731-6

*Longmeadow Legal Associates*

916 Shaker Road
Longmeadow, Massachusetts 01106-2416

Tel: (413) 567-3900
Fax: (413) 567-7291

*Salvatore J. Scibelli*
*William G. Scibelli*

December 18, 2000

http://www.scibelli.com
e-mail: sjs@scibelli.com
e-mail: wgs@scibelli.com

*Frank Yesu*

**SENT VIA FACSIMILE AND
FIRST CLASS MAIL**

Mr. Thomas G. Leonard, Jr.
Premier Insurance Company
One Chestnut Place
10 Chestnut Street, Suite 410
Worcester, MA 01608-2898

RE: Insured: Karen L. Moriarty
Claimant: Todd Illingsworth
Date of Accident: January 18, 2000
Claim Number: 192 PP S6G9816 J

Dear Mr. Leonard:

Pursuant to our telephone conversation of December 18, 2000 at which time we agreed to settle the above-entitled claim for the sum of $18,500.00, I am pleased to enclose a General Release herewith duly executed by Mr. Todd Illingsworth for said sum.

At your earliest convenience, would you kindly forward your settlement draft payable to Todd Illingsworth and myself as his attorney. Please note my tax identification number is 030260625.

Thank you for your courtesy and cooperation in helping to resolve this matter in an amicable basis.

Very truly yours,

Salvatore J. Scibelli

SJS/dlh
Enclosure


GOVERNMENT EXHIBIT H

| | | | | |
|---|---|---|---|---|
| FLEET BANK, N A<br>HARTFORD, CONNECTICUT | | THE PREMIER INSURANCE COMPANY OF MASSACHUSETTS<br>TRAVELERS PROPERTY CASUALTY<br>A MEMBER OF CITIGROUP<br>10 CHESTNUT ST STE 300<br>WORCESTER MA 01608-2804<br>(508)751-4262 | 878A | 01035099  51-<br>                  11<br>THIS CHECK HAS A RED BACKGROUND |

| DATE | ACCOUNT NUMBER | FILE NUMBER | | |
|---|---|---|---|---|
| 12/18/00 | J98 | 192 PP S6G9816 J | | VOID IF NOT PRESENTED WITHI<br>ONE YEAR AFTER DATE OF ISSU |

EIGHTEEN THOUSAND FIVE HUNDRED AND 00/100 ---------------------------------------   PAY: $***18,500.00

PAY
TO THE      SALVATORE J SCIBELLI ESQ
ORDER OF  AND TODD ILLINGSWORTH
000509      916 SHAKER ROAD
UC00509    LONGMEADOW MA 01106-2416

*Richard [signature]*
AUTHORIZED SIGNATURE

�011035099⑈   ⦂011900571⦂        66346⑈

## Longmeadow Legal Associates
916 Shaker Road
Longmeadow, Massachusetts 01106-2416

Tel: (413) 567-3900
Fax: (413) 567-7291

Salvatore J. Scibelli
William G. Scibelli

January 2, 2001

http://www.scibelli.com
e-mail: sjs@scibelli.com
e-mail: wgs@scibelli.com

Frank Yesu

**SENT VIA FACSIMILE**

Springfield Anesthesia Service, Inc.
P.O. Box 1330
Springfield, MA 01103

<u>ATTENTION: BETSY</u>

    RE:    Todd Illingsworth
            Account No. 83937
            Amount Due: $408.00

Dear Betsy:

    Please be advised that this office represents Mr. Todd Illingsworth with reference to his claim for personal injuries arising out of a motor vehicle accident that occurred on or about January 18, 2000.

    At the present time, Mr. Illingsworth has incurred medical expense in excess of $4,500.00 as a result of this accident. In view of the fact that Mr. Illingsworth's PIP benefits were exhausted, i.e., $8,000.00, and the fact that Mr. Illingsworth did not carry private health insurance for the payment of the outstanding medical expenses, Mr. Illingsworth has requested that I forward this letter to all of the medical providers and ask that they consider a one-third (⅓) reduction in their outstanding balances. If this is acceptable to you, please so indicate on the second page of this letter and fax it back to my attention.

    If you wish to discuss this matter further with me, please feel free to give me a call.

                          Very truly yours,

                          Salvatore J. Scibelli

SJS/dlh

Springfield Anesthesia Service, Inc.
January 2, 2001
Page 2

    I agree to accept one-third (⅓) of Springfield Anesthesia's current outstanding balance of $408.00.

Dated:

_____
Signature

We will adjust 10%
balance $367.20

any questions
call 796-7494

## Longmeadow Legal Associates

916 Shaker Road
Longmeadow, Massachusetts 01106-2416

Tel: (413) 567-3900
Fax: (413) 567-7291

*Salvatore J. Scibelli*
*William G. Scibelli*

January 2, 2001

http://www.scibelli.com
e-mail: sjs@scibelli.com
e-mail: wgs@scibelli.com

*Frank Yesu*

**SENT VIA FACSIMILE**

MVA Center For Rehabilitation
300 Stafford Street, Suite 360
Springfield, MA  01104

ATTENTION: MR. ROBERT ANDERSON

RE:  Todd Illingsworth
     Account No. 23901
     Amount Due: $2,160.48

Dear Rob:

Please be advised that this office represents Mr. Todd Illingsworth with reference to his claim for personal injuries arising out of a motor vehicle accident that occurred on or about January 18, 2000.

At the present time, Mr. Illingsworth has incurred medical expense in excess of $4,500.00 as a result of this accident. In view of the fact that Mr. Illingsworth's PIP benefits were exhausted, i.e., $8,000.00, and the fact that Mr. Illingsworth did not carry private health insurance for the payment of the outstanding medical expenses, Mr. Illingsworth has requested that I forward this letter to all of the medical providers and ask that they consider a one-third (⅓) reduction in their outstanding balances. If this is acceptable to you, please so indicate on the second page of this letter and fax it back to my attention.

If you wish to discuss this matter further with me, please feel free to give me a call.

Very truly yours,

*Salvatore J. Scibelli*
Salvatore J. Scibelli

SJS/dlh

MVA Center For Rehabilitation
January 2, 2001
Page 2

I agree to accept ~~one-third (1/3)~~ $1,450.00 of the MVA Center For Rehabilitation's current outstanding balance of $2,160.48. (TODD ILLINGSWORTH)

Dated: JANUARY 2, 2001

_____
Signature

# *Longmeadow Legal Associates*

*916 Shaker Road*
*Longmeadow, Massachusetts 01106-2416*

*Tel: (413) 567-3900*
*Fax: (413) 567-7291*

*Salvatore J. Scibelli*
*William G. Scibelli*

January 2, 2001

*Lisa T. Scibelli*
*of Counsel*

*Frank Yesu*
*James Yesu*

Mr. Todd Illingsworth
193 Chalmers Street
Springfield, MA 01108

*For Professional Services Rendered*

RE: Todd Illingsworth vs. Karen L. Moriarty
Date of Accident: January 18, 2000

## SETTLEMENT STATEMENT

| | | |
|---|---|---:|
| Gross Amount Recovered: | | $18,500.00 |
| Less Attorney's Fee (33⅓%): | | -  6,166.67 |
| | | |
| Balance: | | $12,333.33 |
| | | |
| Less Outstanding Medical Bills:* | | |
|    MVA Center For Rehabilitation | $2,160.48 | |
|    Springfield Anesthesia Service, Inc. | 408.00 | |
| | | |
|    Total Outstanding Medical Bills: | | -  2,568.48 |
| | | |
| Balance: | | $ 9,764.85 |
| | | |
| Less Costs Advanced/Incurred: | | |
|    MVA Center For Rehabilitation — Report Fee | | -       75.00 |
| | | |
| NET AMOUNT DUE CLIENT: | | $ 9,689.85 |

**NOTE:**

    We have requested a reduction of the outstanding medical bills from the above providers. If we are successful in our attempts, any and all reductions realized will be reimbursed to client.

QUILL®
Reorder Form
No. 7-45032

## LONGMEADOW LEGAL ASSOCIATES
916 Shaker Road   Longmeadow, MA 01106-2416
Ph (413) 567-3900   Fax (413) 567-7291

TO: Mr. Todd Illingsworth
193 Chalmers Street
Springfield, MA  01118

SUBJECT: Auto Accident of 1/18/00

MESSAGE

DATE 1/09/01

Enclosed herewith please find a check in the amount of $751.28 which represents the savings realized as a result of reductions in the outstanding medical bills of the MVA Center and Springfield Anesthesia Service. Please note I am now closing my file at this time.

SIGNED SALVATORE J. SCIBELLI, ESQUIRE

REPLY

DATE

SIGNED

**WILLIAM G. SCIBELLI, ATTORNEY AT LAW**
**CLIENT FUND ACCOUNT IOLTA ACCOUNT**
**F/B/O MASSACHUSETTS IOLTA COMMITTEE**
916 SHAKER RD.
LONGMEADOW, MA 01106-2416

2104

53-7054/1113

PAY TO THE ORDER OF _Todd Illingsworth_     DATE _1/8/01_     $751.28

_Seven hundred fifty-one and 28/100_ DOLLARS

FIRST MASS
LEWISTON, ME 04243-1377

FOR _Illingsworth_

⑊002104⑊ ⑊211870919⑊ 4993226 2⑊